

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| The Estate of Joel Soto by and through its Independent Administrator Maribel Amador and Maribel Amador, Individually and Ivan Soto, Joel Soto, Jr. and Paulina Soto, All Individually, By and Through Their Next Friend, Maribel Amador, | § | No. 08-18-00007-CV |
| | § | Appeal from the |
| | § | 205th District Court |
| | § | of Hudspeth County, Texas |
| Appellant, | § | (TC# CV-04423-205) |
| v. | § | |
| Baudelio Gonzalez Mireles, | § | |
| Appellee. | § | |
| | § | |

**O R D E R**

On April 6, 2018, this Court issued an order for mediation referral. The order required the parties to make any objection to referral within ten days of the order. On April 9, 2018 Appellee timely filed an objection. The Court finds Appellee's objection persuasive.

Therefore, the Court ORDERS this appeal to continue, the appellate timetable suspension is lifted and the Reporter's Record shall be filed in this Court on or before May 9, 2018.

IT IS SO ORDERED this 9th day of April, 2018.


PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.